EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2011 TSPR 84 |
| | 182 DPR ____ |

Número del Caso: ES-2011-01


Fecha: 10 de junio de 2011


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS
DE VERANO                          ES-2011-01


RESOLUCIÓN


San Juan, Puerto Rico, a 10 de junio de 2011.


De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro de julio al 23 de julio de 2011

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

Del 24 de julio al 31 de julio de 2011

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Luis F. Estrella Martínez

Del 1ro de agosto al 14 de agosto de 2011

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

Del 15 de agosto al 3 de septiembre de 2011

> Hon. Federico Hernández Denton, Presidente
> Hon. Rafael L. Martínez Torres
> Hon. Erick V. Kolthoff Caraballo
> Hon. Luis F. Estrella Martínez

Del 4 de septiembre al 11 de septiembre de 2011

> Hon. Federico Hernández Denton, Presidente
> Hon. Rafael L. Martínez Torres
> Hon. Erick V. Kolthoff Caraballo
> Hon. Roberto Feliberti Cintrón

Del 12 de septiembre al 30 de septiembre de 2011

> Hon. Federico Hernández Denton, Presidente
> Hon. Rafael L. Martínez Torres
> Hon. Erick V. Kolthoff Caraballo
> Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


> Aida Ileana Oquendo Graulau
> Secretaria del Tribunal Supremo